WILSON L. BENNETT, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries and property damage resulting from an automobile being struck by a train at a grade crossing. The order denies a motion for a new trial on the minutes, and on the ground of misconduct of a juror.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ANTHONY S. MOLLICA and Others, Respondents, v. THE SYRACUSE LIGHTING COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for an examination of defendant's superintendent before trial in an action for property damage resulting from an explosion and fire.) Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

WILLIAM F. OLEKSY, Respondent, v. MICHAEL SLABICKI, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion to strike out defendant's answer and for summary judgment in a mortgage foreclosure action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

STELLA B. JONES, Respondent, v. JAY-COBBS, INCORPORATED, Appellant.— Order so far as appealed from modified and as modified affirmed, with ten dollars costs and disbursements to the appellant. Per Curiam Opinion: Procedural requirements are made to assist in judicial inquiries for the truth and not to offer obstacles to a party's opponent or to confuse the issues. The absence of verification does not relieve counsel from the professional obligation of complying with the spirit as well as with the letter of our practice and procedure. A litigation is not a game to be won by confusing and embarrassing but is a serious proceeding for the righteous determination of controversies in which counsel for all parties co-operate. Counsel should bear this in mind and comply with the statutes and rules with full appreciation of their duties as officers of the court. All concur. (The portion of the order appealed from denies part of defendant's motion for a bill of particulars in a negligence action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

EDWARD F. JONES, Respondent, v. JAY-COBBS, INCORPORATED, Appellant.— Order so far as appealed from modified and as modified affirmed, without costs on this appeal to either party. All concur. (The portion of the order appealed from denies part of defendant's motion for a bill of particulars in a negligence action.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.